IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Teresa Doherty, | ) | C/A No.: 0:14-4013-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PNC Mortgage, A Division of PNC Bank, N.A., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the court on the motion of PNC Mortgage, A Division of PNC Bank, N.A. ("Defendant") to compel Teresa Doherty ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production served on September 3, 2015. [ECF No. 42]. The motion indicates that the discovery requests were duly served and that full and complete responses have not been made within the time prescribed by Fed. R. Civ. P. 26. *Id*. Defense counsel represents that as of October 9, 2015, Plaintiff had not answered or responded to the discovery requests. *Id*.

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by October 27, 2015. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4).

IT IS SO ORDERED.

October 13, 2015　　　　　　　　　　　　Shiva V. Hodges
Columbia, South Carolina　　　　　　　　United States Magistrate Judge